IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| TONYA CHERYL MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: CV 05-447 |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| EDDIE WATTS, DEXTER WALDEN, ) | |
| fictitious defendants A, B, C, D, and E, ) | |
| being those persons, companies, ) | |
| partnerships, or other entities who caused ) | |
| or contributed to cause the injuries and ) | |
| damages alleged herein through their ) | |
| negligent and/or intentional conduct and/or ) | |
| who are the successors in interest to any of ) | |
| named Defendants and/or who had ) | |
| supervisory control or the duty to supervise ) | |
| any of the named Defendants and F, G, H, I ) | |
| and J, said fictitious defendants being those ) | |
| corporations, partnerships, other business ) | |
| entities or other individuals who conspired ) | |
| with the named Defendants to further the ) | |
| conduct described in the complaint and/or ) | |
| who acted either independently or ) | |
| participated with others to commit the ) | |
| wrongful conduct complained of herein, ) | |
| whose name or names are unknown to the ) | |
| Plaintiff at this time but which will be ) | |
| substituted by amendment when ) | |
| ascertained, ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR ADMISSIONS TO PLAINTIFF

COMES NOW, the Defendant, Allstate Insurance Company, and requests the Plaintiff to admit or deny the following:

H0744930.1/1050-0230



DEFENDANT'S EXHIBIT B

1. That you will never seek or attempt to recover from Allstate Insurance Company monetary damages in this case in excess of SEVENTY-FIVE THOUSAND and NO/100 ($75,000.00) exclusive of interest and costs.

_____
Thomas E. Bazemore, III
Gordon J. Brady, III
Attorneys for Defendant, Allstate Insurance Company

**OF COUNSEL:**
HUIE, FERNAMBUCQ AND STEWART, LLP
The Protective Center, Building 3
2801 Highway 280 South, St. 200
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Fax: (205) 251-1256

H0744930.1/1050-0230

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by placing a copy in the United States Mail, first class and postage prepaid this 21ST day of December, 2005.

JINKS, DANIEL & CROW, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225

JOSEPH G. STEWART, JR., P.C.
P.O. Box 911
Montgomery, AL 36101-0911
(334) 263-3552

_____
Of Counsel

H0744930.1/1050-0230