IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| TONYA CHERYL MOSES, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * CIVIL ACTION NO. CV-05-447 |
| ALLSTATE INDEMNITY COMPANY, | * |
| EDDIE WATTS, DEXTER WALDEN, | * |
| | * |
| Defendant | * |

**PLAINTIFF'S REPSONSE TO DEFENDANT, ALLSTATE INSURANCE COMPANY'S REQUEST FOR ADMISSION**

1. That you will never seek or attempt to recover from Allstate Insurance Company monetary damages in this case in excess of SEVENTY-FIVE THOUSAND and NO/100 ($75,000.00) exclusive of interest and costs.

   **RESPONSE: DENIED**

   _____
   Christina D. Crow
   Attorney for the Plaintiff

OF COUNSEL:

Jinks, Daniel & Crow, P.C.
Post Office Box 350
Union Springs, Alabama 36089
Telephone: (334)738-4225
Fax: (334)738-4229

Joseph G Stewart, Esq.
Post Office Box 911
Montgomery Alabama 36101-0911



## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this ___ day of _____, 2006:

Thomas E. Bazemore, III, Esq.
Gordon J. Brady, III, Esq.
Huie, Fernambucq & Strewart, LLP
The Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

_____
OF COUNSEL