**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

March 29, 2006

# NOTICE OF REASSIGNMENT

RE:   Tonya Cheryl Moses v. Allstate Indemnity Co. Et al
      Civil Action No. 3:06cv00154-DRB

The above-styled case has been reassigned to District Judge W. Harold Albritton.

Please note that the case number is now 3:06cv00154-WHA. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk