IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv154-WHA |
| ) | |
| ALLSTATE INDEMNITY COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Plaintiff's Motion to Remand (Doc. #3), filed on March 17, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before April 20, 2006** why the motion should not be granted. The Plaintiff shall have **until April 27, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE