IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CHERYL MOSES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 3:06CV-154-DRB |
| | * | |
| ALLSTATE INSURANCE COMPANY; | * | |
| EDDIE WATTS; DEXTER WALDEN; | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT DEXTER WALDEN'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND

COMES NOW separate Defendant Dexter Walden, by and through the undersigned counsel, and pursuant to this Court's March 30, 2006 Order (document no. 7), files this response to Plaintiff Tonya Cheryl Moses' motion to remand this case back to state court, and states as follows:

Walden adopts co-defendant Allstate Insurance Company's Response to Plaintiff's Motion to Remand, which is being filed on today's date, as if fully set forth herein. Walden additionally states that as recited in his affidavit attached as Exhibit E to Allstate Insurance Company's Notice of Removal, Walden has no information about the development of Allstate's claims adjusting processes, and Walden has not ever been trained or participated in adjusting Allstate's claims.

WHEREFORE, Defendant Dexter Walden prays that this Court will overrule Plaintiff Tonya Cheryl Moses' motion to remand this case back to state court.

Respectfully submitted this 20th day of April, 2006.

/s/ Clifton E. Slaten, Esq.
**CLIFTON E. SLATEN** (Ala. Bar SLA013)
**Attorney for Defendant Dexter Walden**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 398-8880 (F)
cslaten@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing with the following:

> Christina D. Crow, Esq.
> Lynn W. Jinks, III, Esq.
> Nathan A. Dickson, II, Esq.
> JINKS, DANIEL & CROW
> Post Office Box 350
> Union Springs, AL 36089
>
> Joseph G. Stewart, Jr., Esq.
> Post Office Box 911
> Montgomery, AL 36101-0911
>
> Thomas E. Bazemore, Esq.
> HUIE, FERNAMBUCQ & STEWART
> 2801 Hwy 280 S., Suite 200
> Birmingham, AL 35223-2484

This 20th day of April, 2006.

/s/ Clifton E. Slaten, Esq.
**OF COUNSEL**

F:\Gen Litigation\Firemans Fund\Walden\Pleading\ResponseMotionRemand.wpd