## IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

TONYA CHERYL MOSES,                )
                                   )
    Plaintiff,                     )
                                   )
VS.                                )    CASE NO.: CV 05-447
                                   )
ALLSTATE INSURANCE COMPANY,        )
EDDIE WATTS, DEXTER WALDEN,        )
fictitious defendants A, B, C, D, and E, )
being those persons, companies,    )
partnerships, or other entities who caused )
or contributed to cause the injuries and )
damages alleged herein through their )
negligent and/or intentional conduct and/or )
who are the successors in interest to any of )
named Defendants and/or who had    )
supervisory control or the duty to supervise )
any of the named Defendants and F, G, H, I )
and J, said fictitious defendants being those )
corporations, partnerships, other business )
entities or other individuals who conspired )
with the named Defendants to further the )
conduct described in the complaint and/or )
who acted either independently or  )
participated with others to commit the )
wrongful conduct complained of herein, )
whose name or names are unknown to the )
Plaintiff at this time but which will be )
substituted by amendment when      )
ascertained,                       )
                                   )
    Defendants.                    )

### REQUEST FOR ADMISSIONS TO PLAINTIFF

COMES NOW, the Defendant, Allstate Insurance Company, and requests the Plaintiff to admit or deny the following:

H0744930.1/1050-0230

1.  That you will never seek or attempt to recover from Allstate Insurance Company monetary damages in this case in excess of SEVENTY-FIVE THOUSAND and NO/100 ($75,000.00) exclusive of interest and costs.

_____
Thomas E. Bazemore, III
Gordon J. Brady, III
Attorneys for Defendant, Allstate Insurance Company

**OF COUNSEL:**
HUIE, FERNAMBUCQ AND STEWART, LLP
The Protective Center, Building 3
2801 Highway 280 South, St. 200
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Fax: (205) 251-1256

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following by placing a copy in the United States Mail, first class and postage prepaid this 21ST day of December, 2005.

JINKS, DANIEL & CROW, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225

JOSEPH G. STEWART, JR., P.C.
P.O. Box 911
Montgomery, AL 36101-0911
(334) 263-3552

_____
Of Counsel

H0744930.1/1050-0230