IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TONYA CHERYL MOSES,                    )
                                       )
          Plaintiff,                   )
                                       )
VS.                                    ) CIVIL ACTION NO.: 3:06CV154-DRB
                                       )
ALLSTATE INSURANCE COMPANY,            )
EDDIE WATTS, DEXTER WALDEN,            )
                                       )
          Defendants.                  )

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, at Huie, Fernambucq & Stewart, L.L.P. and was attended by:

Christy Crow on behalf of Plaintiff Tonya Cheryl Moses; Thomas E. Bazemore, on behalf of Defendant Allstate Insurance Company.

2.      **PRETRIAL DISCOVERY DISCLOSURES:**  The parties will exchange by **June 23, 2006** the information required by Rule 26.1(a)(1).

3.      **DISCOVERY PLAN**.  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

**PLAINTIFFS:** The Plaintiff proposes discovery including document production, responses to written discovery and depositions concerning all theories pled within the Complaint and specifically Allstate's handling of the claim in question.

**DEFENDANT:** Defendant seeks discovery including document production, responses to written discovery and depositions concerning the basis for Plaintiff's Complaint and specifically

01031724.1/1050-0230

Plaintiff's allegation that the claim in question has not been fully and adequately paid.

All discovery commenced in time to be completed by **January 1, 2007**.

A maximum of <u>30</u> interrogatories by each party to any other party.  Responses due <u>30</u> days after service.

Maximum of <u>25</u> request for admissions by each party to any other party.  Responses due <u>30</u> days after service.

A maximum of <u>30</u> requests for production by each party to any other party.  Responses due <u>30</u> days after service.

Maximum of <u>15</u> depositions for Plaintiff and <u>15</u> depositions for Defendants.

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before **September 1, 2006,** with Plaintiff's experts to be deposed before **October 1, 2006.**  Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before **November 1, 2006** with Defendants' experts to be deposed on or before **December 1, 2006**. Supplementations under Rule 26(e)due **December 15, 2006**.

4.      **OTHER ITEMS**:

The parties do request a conference with the Court before entry of the Scheduling Order.

Plaintiff should be allowed until **August 15, 2006**, to add additional parties and to amend pleadings.  Defendants should be allowed until **August 15, 2006**, to join additional parties and to amend pleadings.

All dispositive motions should be filed by **January 15, 2007**.

Settlement cannot be realistically evaluated prior to close of discovery.

The parties request a final pretrial conference in **January 2007**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

From Plaintiff and Defendant <u>20</u> days before trial; exhibits <u>20</u> days before trial.

The parties should have <u>7</u> days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by **<u>February 1, 2007</u>** . Expected length of trial is <u>4</u> days.

Respectfully submitted,

s/Thomas E. Bazemore, III
s/Gordon J. Brady, III
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
205-251-1193
Attorneys for Defendant

s/Christy Crow
Jinks, Daniel & Crow, P.C.
Post Office Box 350
Union Springs, AL 36089
Attorney for Plaintiff