IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv154-WHA |
| | ) |
| ALLSTATE INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Report of Parties Planning Meeting (Doc. #12), filed on May 31, 2006. It is hereby

ORDERED that the parties are given **until the close of business on June 2, 2006**, to file an Amended Report of Parties Planning Meeting conforming their requested deadlines more closely to the Rule 26(f) Order entered by the court on May 18, 2006, if they wish to do so. Otherwise, a final scheduling order will be entered using the deadline dates contained in the filed Report and the trial term specified in the court's order.

DONE this 31st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE