IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, | * |
| Plaintiff, | * |
| -vs- | * CIVIL ACTION NO. 3:06CV154WHA |
| ALLSTATE INDEMNITY COMPANY, | * |
| Defendants. | * |

### STIPULATION OF AMOUNT IN CONTROVERSY

Comes now the Plaintiff, Tonya Cheryl Moses, through her undersigned counsel, and hereby stipulates that the Plaintiff is not seeking more than Seventy-Four Thousand Nine Hundred Ninety Nine Dollars ($74,999.00), exclusive of interest and costs in this action. The Plaintiff further stipulates that she will neither demand nor accept any award (including compensatory, punitive, or fees) in an amount which exceeds $74,999.00. Should a jury award Plaintiff an amount which exceeds $74,999.00, exclusive of interest and costs, she hereby consents to having the Court remit such an award to an amount that does not exceed $74,999.00, exclusive of interest and costs. The Plaintiff also agrees and understands that this stipulation is binding on her successors and heirs.

/s/*Christina D. Crow*
CHRISTINA D. CROW
ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:
JINKS, DANIEL & CROW, P.C.
P. O. BOX 350
UNION SPRINGS, AL 36089
(334) 738-4225

                                            /s/ *Joseph G. Stewart*
                                            JOSEPH G. STEWART
                                            ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:
JOSEPH G STEWART, ESQ.
POST OFFICE BOX 911
MONTGOMERY AL 36101-0911

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by efiling a copy of the same on this 23rd day of June, 2006:

                    Thomas E. Bazemore, III, Esq.
                    Gordon J. Brady, III, Esq.
                    Huie, Fernambucq & Strewart, LLP
                        The Protective Center
                2801 Highway 280 South, Suite 200
                    Birmingham, Alabama 35223

                                            /s/*Christina D. Crow*
                                            OF COUNSEL