IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLSTATE INDEMNITY COMPANY, )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06cv154-WHA |

## **ORDER**

Upon consideration of Plaintiff's Renewed Motion to Remand (Doc. #18), filed on June 28, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before July 10, 2006** why the motion should not be granted. The Plaintiff shall have **until July 17, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 29th day of June, 2006.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE