IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.: 3:06CV154-DRB |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW the Defendant, Allstate Insurance Company, ("Allstate"), and in response to this Court's Show Cause Order, states as follows:

1. Based on Plaintiff's Stipulation and acknowledgment that she will never seek nor accept in excess of $75,000.00, exclusive of interest and costs, this Defendant does not oppose Plaintiff's Motion to Remand.

        Respectfully submitted,
        s/Thomas E. Bazemore, III
        s/Gordon J. Brady, III
        Huie, Fernambucq & Stewart, LLP
        2801 Highway 280 South, Suite 200
        Birmingham, Alabama 35223
        205-251-1193
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following this ___ day of June, 2006.

Christy Crow, Esq.
JINKS, DANIEL & CROW, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225

JOSEPH G. STEWART, JR., P.C.
P.O. Box 911
Montgomery, AL 36101-0911
(334) 263-3552

                                                s/Thomas E. Bazemore, III
                                                Of Counsel