IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA CHERYL MOSES, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  CIVIL ACTION NO. 3:06cv154-WHA ) |
| ALLSTATE INDEMNITY COMPANY, | )  (WO) ) ) |
| Defendant. | ) |

## **ORDER**

This cause is before the court on the Plaintiff's Renewed Motion to Remand to State Court (Doc. #18), filed on June 28, 2006. The Motion is based on a stipulation filed by the Plaintiff's attorney that the amount in controversy in this case is less than $75,000.

Attorneys for the Defendant have responded that based on the Plaintiff's stipulation and acknowledgment that she will never seek nor accept in excess of $75,000, exclusive of interest and costs, the Defendant does not oppose the Motion to Remand.

Accordingly, it is hereby ORDERED as follows:

1. The Motion to Remand (Doc. #18) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Russell County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

DONE this 30th day of June, 2006.

                                                /s/ W. Harold Albritton
                                                W. HAROLD ALBRITTON
                                                SENIOR UNITED STATES DISTRICT JUDGE

Case 3:06-cv-00154-WHA-DRB   Document 21   Filed 06/30/2006   Page 2 of 2